# THOMAS E. PATTISON, PLAINTIFF, *v.* THE SYRACUSE NATIONAL BANK, DEFENDANT.

*Bank — Packages received for safe-keeping — when responsible for — when entitled to compensation for.*

This action was brought to recover for the loss of certain securities deposited with the defendant. The defense was, that the bank had refused to receive packages for safe-keeping, for some time before the package in question was left, and that no compensation had been paid or agreed to be paid for keeping the package, and hence the bank was only liable for gross negligence. At the trial, it appeared that the bank had formerly been in the habit of receiving packages for safe-keeping, and that such business was not wholly discontinued at the time of receiving the plaintiff's package. *Held* (1), that, as no instructions were given to the subordinate officers of the bank to reject packages, and as no notice had been given that they would not be received, the receipt of such officers would bind the bank; (2), that, as the bank had been in the habit of taking money packages for safe-keeping, and as it did not appear that they were kept without charge, and unless they were so kept, the bank had the right to demand pay for the service, in which case the bailment would not be a gratuitous one, the case should have been submitted to the jury, and that the court erred in directing a nonsuit.

MOTION to set aside a nonsuit, and for a new trial, upon exceptions ordered to be heard in the first instance at the General Term.

*George F. Comstock,* for the plaintiff.

*D. Pratt,* for the defendant.

Opinion by MULLIN P. J.

New trial ordered, with cost to abide the event.